UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CORY JOHNSON

                Plaintiff,

vs.

THE CITY OF UTICA, THE UTICA
POLICE DEPARTMENT, ALLEN PYLMAN
AS CHIEF OF THE CITY OF UTICA POLICE
DEPARTMENT POLICE DEPARTMENT,
OFFICER DONALD CINQUE OF THE CITY
OF UTICA POLICE DEPARTMENT, OFFICER
JOSEPH LONGO OF THE CITY OF UTICA
POLICE DEPARTMENT, OFFICER DAVID
POCCIA OF THE CITY OF UTICA POLICE
DEPARTMENT AND/OR ANY OTHER JOHN
DOES AND/OR JANE DOES TO BE NAMED
AT A LATER DATE,

                Defendants.

---

PARTIAL STIPULATION
DISCONTINUING AND
DISMISSING ACTION

Civil Action Number:
6:08-CV-0597

Judge David N. Hurd
Magistrate Judge
Gustave J. DiBianco

*ORDER - pg 2*

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued and dismissed as to **Officer Joseph Longo only** without costs to any party as against any other party, and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation of Discontinuance and Dismissal shall be "with prejudice", and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation of Discontinuance and Dismissal shall be also apply to the "Estate of Joseph Longo", and

IT IS FURTHER STIPULATED AND AGREED that Officer Joseph Longo shall be stricken from the caption of this action.

Date: 10/26/09

Gregg A. Starczewski, Esq
Attorney for Plaintiff
Bar Roll No.:512665
298 Genesee Street
Utica, New York 13502

Date: 10/26/09

Devin B. Garramone, Esq
Attorney for Plaintiff
Bar Roll No.:601733
298 Genesee Street
Utica, New York 13502

Date: Oct 27, 2009

Linda Sullivan Fatata, Esq.
Corporation Counsel
By: John P. Orilio
Assistant Corporation Counsel
Bar Roll No.:102307
City Hall
1 Kennedy Plaza
Utica, New York 13502
(315) 792-0171

So Ordered: _____  Date: 10/28/09
Gustave J. DiBianco
United States District Court